UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DR. CHANDAN VORA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-cv-00278-JAW |
| | ) | |
| THEARY PERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| IN RE: MOTION FOR EXEMPTION | ) | 1:13-mc-00148-JAW |
| OF ELECTRONIC PUBLIC ACCESS | ) | |
| FEES BY CHANDAN VORA | ) | |

**AMENDED[1] ORDER DECLINING ATTEMPTED FILINGS**

Consistent with its earlier *Cok* order, the Court refuses to accept two new attempted filings by Dr. Chandan Vora and directs the Clerk of Courts to return those documents to her together with a copy of this Order.

I.   **Vora v. Perry, 2:11-cv-00278-JAW**

On July 18, 2011, Dr. Chandan Vora filed a complaint in this Court against Theary Perry and Progressive Insurance Company. *Compl.* (Docket # 1). On August 17, 2011, the Magistrate Judge reviewed the allegations in the Complaint and recommended that the Complaint be dismissed. *Recommended Decision* (Docket # 6). Dr. Vora filed an objection on October 3, 2011 and this Court affirmed

---

[1] This Amended Order corrects a typographical error contained in the Order Declining Attempted Filings (ECF No. 51 in 2:11-cv-00278-JAW and ECF No. 12 in 1:13-mc-00148-JAW). On page 2 of the Order, first sentence of the last paragraph, it reads "On July 25, 2013, Dr. Vora filed with the Court a motion for <u>wavier</u> of PACER fees." The Order should read "On July 25, 2013, Dr. Vora filed with the Court a motion for <u>waiver</u> of PACER fees."

the Recommended Decision over her objection on October 5, 2011. *Pl's Objection to Recommended Decision* (Docket # 10); *Order Affirming the Recommended Decision of the Magistrate Judge* (Docket # 11). On October 5, 2011, the Order was reduced to Judgment. *J.* (Docket # 12). On December 29, 2011, Dr. Vora appealed the Judgment to the Court of Appeals for the First Circuit. *Notice of Appeal* (ECF No. 28). On January 3, 2013, the First Circuit affirmed the district court's Judgment and issued its mandate on February 12, 2013. *J.* (ECF No. 33); *Mandate* (ECF No. 34). At that point the case was over.

Since then, however, Dr. Vora has continued to file documents with the Court, which the Court has patiently struck since there is no pending case. *Letter by Chandan Vora* (June 17, 2013) (ECF No. 36); *Letter from Chandan Vora* (July 18, 2013) (ECF No. 37); *Mot. to Extend Time to File Mot. to Vacate All Orders of Judges* (ECF No. 38); *Mot. for Leave to Proceed In Forma Pauperis* (ECF No. 40); *Mot. for Leave to Proceed In Forma Pauperis* (ECF No. 42); *Mot. for Leave to Proceed In Forma Pauperis* (ECF No. 43); *Letter from Chandan Vora* (ECF No. 46); *Letter from Chandan Vora* (ECF No. 47); *Mot. for Recons.* (ECF No. 48); *Additional Attachs.* (ECF No. 49).

## I. In re: Waiver of PACER Fees by Chandan Vora: 1:13-mc-00148-JAW

On July 15, 2013, Dr. Vora filed with this Court a motion for waiver of PACER fees. *Mot. for Waiver of PACER Fees* (ECF No. 1). On July 19, 2013, the Court denied the motion. *Order* (ECF No. 2). On August 8, 2013, Dr. Vora filed a motion

to extend time to file motion to vacate all orders of all judges and the Court denied the motion on August 19, 2013.  *Mot. to Extend Time to File Mot. to Vacate All Orders of All Judges* (ECF No. 3); *Order* (ECF No. 4).  On September 9, 2013, Dr. Vora filed a motion for leave to proceed in forma pauperis and on September 23, 2013, the Court dismissed the motion.  *Mot. for Leave to Proceed In Forma Pauperis* (ECF No. 5); *Order* (ECF No. 7).  On September 23, 2013, Dr. Vora filed a letter with numerous attachments, including medical records.  *Letter from Chandan Vora* (ECF No. 8).  On October 21, 2013, she filed a motion for reconsideration.  *Mot. for Recons. of All Orders, Mot. to Extend Time to File Notice of Appeal, or in the Alternative, Mot. to Construe as Notice of Appeal* (ECF No. 9); *Additional Attachs.* (ECF No. 10).  On October 24, 2013, the Court denied these motions.  *Order* (ECF No. 11).

II. New Filings

On November 4, 2013, the Court received two new documents from Dr. Vora: (1) another application to proceed in district court without prepaying fees or costs and (2) a twenty-five page dense and largely indecipherable significance.  The Court has reviewed these new documents and it has directed the Clerk not to file them and to return them to Dr. Vora with this Order.  On November 28, 2011, in *Vora v. Perry*, the Court issued a *Cok* order against Dr. Vora, placing her on notice that "her conduct of this case is revealing her to be a frivolous litigant and that she may merit filings restrictions under *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st

Cir. 1993)." *Order* at 2-3. In accordance with that Order, the Court declines to accept either document.

To be clear, there is nothing pending before this Court on either *Vora v. Perry*, 1:11-cv-00278-JAW, where the Court of Appeals Mandate affirming the dismissal of the case was received on February 13, 2013, or *In re: Waiver of PACER Fees by Chandan Vora*, 1:13-mc-00148-JAW, where the period for appeal of the Court's denial of her application to waive PACER fees expired in mid-August, 2013. The Court will not accept any further filings on these closed cases and directs the Clerk of Courts of this District not to docket any further filings on these cases from Dr. Vora and to return any such filings to her.

SO ORDERED.

/s/John A. Woodcock, Jr.  
JOHN A. WOODCOCK, JR.  
CHIEF U.S. DISTRICT JUDGE

Dated this 13th day of November, 2013.